UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL RHODES,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF KING COUNTY, et al.,<br><br>          Defendants. | Case No. C17-56-JLR<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' motion for summary judgment, Dkt. 24, is GRANTED.

    (3)    Plaintiff's federal claims are DISMISSED with prejudice.

    (4)    Any state-law claims are DISMISSED without prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(5)   The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 5th day of March, 2018.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2